| 140 Grand Street, Suite 705, White Plains, New York 10601 | White Plains, NY
t 914.686.1500 · f 914.487.5000 · www.yankwitt.com | Atlantic City, NJ

March 4, 2026

**By ECF**

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

The request to seal is granted so long as redactions to the material are consistent with the Court's order on motion to seal at Dkt. 22.

SO ORDERED:

3/4/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

> Re: *Resnick v. Flaherman*, Case No.: 26-cv-01171-RA-RWL (S.D.N.Y.)

Dear Judge Lehrburger:

We represent plaintiff Adam Resnick in the above-referenced matter (the "Action"). We write jointly with defendant Michael T. Flaherman pursuant to Your Honor's Individual Practices in Civil Cases to seal text contained in Resnick's Memorandum of Law in Response to Flaherman's Motion to Seal (Dkt. No. 14).

On February 11, 2026, Flaherman filed a motion to seal (the "Motion") the notice of removal (Dkt. Nos. 1, 5-1), Flaherman's Memorandum of Law in Support of the Motion to Seal, (Dkt. Nos. 3, 5-2), and the supporting declarations (Dkt. Nos. 4-5). (*See* Dkt. No. 2.) On February 25, 2026, Resnick filed his response to the Motion (the "Response"). (Dkt. Nos. 14-19.) Resnick redacted text contained in the "Background" and "Argument" sections of his Memorandum of Law, and he also redacted text contained in his Declaration and the Declaration of Michael Reed.

On March 2, 2026, Your Honor granted the Motion in part and sealed particular text in the Motion. (Order, Dkt. No. 22.) The text the parties propose to seal in the "Background" section of Resnick's Memorandum of Law mirrors the text already sealed by Your Honor. Accordingly, the parties respectfully request that the Court seal this text, along with the header to Section I of the Background, which Resnick inadvertently failed to redact in his public filing. (*See* Dkt. Nos. 20-21.)

The parties further respectfully request that the Court seal certain text in the "Discussion" section of Resnick's Memorandum of Law, as well as in Resnick's Declaration, the Declaration's Exhibit, and the Declaration of Michael Reed. The text at the paragraphs beginning "Second" and "Third" should be sealed based on the Court's Order. The text contained in the paragraph beginning "Finally," which mirrors text in the Resnick Declaration, should also be sealed based on the Court's order. While Resnick maintains that this text reflects publicly disclosed information, unsealing the text, along with the Declaration's exhibit, would reveal information the Court has ordered to be sealed. Lastly, the parties request that the specified text in paragraphs 2 and 3 of the Declaration of Michael Reed be sealed in accordance with the Court's sealing order.

We thank the Court for its time and consideration.

March 4, 2026
Page 2 of 2
Hon. Robert W. Lehrburger



Respectfully submitted,

YANKWITT LLP

By: _____
Michael H. Reed, Esq.

cc:    Counsel of Record (via ECF)