UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

ADAM RESNICK,                                       :
                                                    :
                            Plaintiff,              :        26-CV-1171 (RA) (RWL)
                                                    :
              - against -                           :        **ORDER**
                                                    :
MICHAEL T. FLAHERMAN                                 :
                                                    :
                            Defendant,              :
--------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        The Clerk of Court is respectfully directed to accept and file Exhibit 1 to Dkt. 33 as

the Complaint commencing this action, which originated in state court and was removed

to this court.  The Complaint is redacted as it was originally filed in state court.  The Court

previously granted in part (at Dkt. 22) Defendant's motion to seal portions of his notice of

removal and motion to seal.  Whether a revised redacted version of the Complaint

consistent with that order should be filed may be determined at a later time.

                            SO ORDERED.

                            _____
                            ROBERT W. LEHRBURGER
                            UNITED STATES MAGISTRATE JUDGE

Dated: March 25, 2026
        New York, New York

Copies transmitted this date to all counsel of record.

1